# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ADELE E.,** | ) |
|         **PLAINTIFF** | ) |
| **v.** | )     **CIVIL NO. 2:15-CV-01-DBH** |
| **ANTHEM BLUE CROSS AND BLUE SHIELD,** | ) |
|         **DEFENDANT** | ) |

## PROCEDURAL ORDER

I have read the parties' submissions on how much Anthem should pay for the plaintiff's stay at RainRock and the calculation of prejudgment interest. I still cannot tell from the submissions *when* the plaintiff actually paid RainRock and whether that bill has been paid in full or whether the plaintiff has negotiated some sort of payment plan. That may bear upon my calculation of prejudgment interest. I also recognize the dispute over the different rates RainRock charges Anthem and what it charges an individual, but I cannot tell on this record whether RainRock has actually collected the higher rate from the plaintiff. The parties shall respond to this order by June 14, 2016.

**SO ORDERED.**

**DATED THIS 1ST DAY OF JUNE, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

i